IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD BEERS,                    )
         Petitioner,           )
                      )
         vs.                  )          Civil Action No. 06-306
                      )          **Electronically Filed**
FRANK D. GILLIS,                 )
         Respondent.          )

## O R D E R

       AND NOW, this 5th day of June, 2006, after the petitioner, Ronald Beers, filed a

petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the

United States Magistrate Judge granting the parties ten days after being served with a copy to file

written objections thereto, and no objections having been filed, and upon independent review of

the petition and the record and upon consideration of the Magistrate Judge's Report and

Recommendation (Docket No. 7), which is adopted as the opinion of this Court,

       IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner

(Docket No. 1) is dismissed and a certificate of appealability is denied.

       IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty

(30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                    s/Arthur J. Schwab
                                    Arthur J. Schwab
                                    United States District Judge